IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                                                Criminal Action No.
                                                                   22-00048-14-CR-W-DGK

BRIAN T. BOXLY,

          Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: <u>Count 1</u>: Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

<u>Counts 75, 80</u>: Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

<u>Count 92</u>: Possession with Intent to Distribute Marijuana *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(D)

<u>Count 93</u>: Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

<u>Forfeiture Allegations One and Two</u>

**TRIAL COUNSEL**:
    Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
    Case Agent: ATF Special Agent Elizabeth White
    Defense: Daniel Owen Herrington and Garrett Hunkins

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government – Rule 404(b) Notice; Defense - None

**TRIAL WITNESSES**:
 Government: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant
 Defense: 5 witnesses, including Defendant who ( ) will
                  (x) may
                  ( ) will not testify

**TRIAL EXHIBITS**:
 Government: 300 exhibits with four defendants going to trial
 Defense: 20 exhibits

**DEFENSES**:
 (x) defense of general denial
 ( ) defenses of general denial and _____

**POSSIBLE DISPOSITION**:
 ( ) Definitely for trial   (x) Possibly for trial
 ( ) Motion to continue to be filed ( ) Likely a plea will be worked out

**TRIAL TIME**: **10 days for trial with four defendants**
 Government's case including jury selection: 7-8 days
 Defense case: .5 day

**STIPULATIONS**:
 ( ) not likely
 ( ) not appropriate
 (x) likely as to:
  (x) chain of custody
  (x) chemist's reports
  ( ) prior felony conviction
  ( ) interstate nexus of firearm
  ( ) other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

 **Witness and Exhibit Lists**:
 Government: On or before June 24, 2024
 Defense: On or before June 24, 2024
 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

 **Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
 **Jury instructions must comply with Local Rule 51.1**

 **Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
    **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
    ( )    A _____-speaking interpreter is required.
    ( )    Other assistive devices:

    **IT IS SO ORDERED.**

                                                        */s/ Jill A. Morris*
                                                        JILL A. MORRIS
                                                        United States Magistrate Judge